Opinion approved by the Court.

**James Virgil HOOVER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 34485.**

Court of Criminal Appeals of Texas.

March 28, 1962.

No attorney for appellant on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Judge.

The offense is speeding; the punishment, a fine of $25.

■ Appellant's conviction resulted from a trial de novo, before a jury, in the County Court of Navarro County, after an appeal from a conviction in Justice of the Peace Court, precinct #1, place #2, of Navarro County.

This Court's jurisdiction in appeals in causes originating in the justice court is limited to convictions where the fine assessed in the county court exceeds $100. See Art. 53, Vernon's Ann.C.C.P.; 1 Branch's Ann.P.C., sec. 408, p. 429–431; Trull v. State, Tex.Cr.App., 334 S.W.2d 180; Williams v. State, Tex.Cr.App., 339 S.W.2d 63 and Payne v. State, Tex.Cr.App., 342 S.W.2d 580.

The appeal is dismissed.